**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**In Re:**

**LaDONNA HUMPHREY**  Case No. 5:19-bk-72555
**Debtor**  Ch. 7

## ORDER GRANTING MOTION FOR APPROVAL OF SALE

On December 4, 2019, Bianca Rucker, the duly-appointed Trustee for the above-captions case (Trustee"), by and through her counsel, filed a Motion for approval of Sale Pursuant to 11 U.S.C. § 363 and Notice of Opportunity to Object and Overbid ("Motion")(**Dkt. No. 46**).

The Motion sought authority to sell to Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Services ("Absolute") for a lump sum payment of $12,500.00:

1. Any and all claims including appeals arising out of or related to the state court lawsuit, *Absolute Pediatric Services, Inc. d/b/a Absolute Pediatric Therapy and Anthony Christopher v. LaDonna Humphrey, Individually*, pending in the Circuit Court of Benton County, Arkansas, Case No: 04CV-18-2961; and
2. Any and all claims including claims asserted or unasserted for slander, false light, and/or related claims against Kenneth Medlin, Anthony Christopher, Joe Rocko, Wanda Easch, Felicia Ramos, Linnea Heintz, Heather Johnson, and others as the situation evolves,

("Proposed Offer"). The Proposed Offer does not include the sale of any avoidance, transfer, or preference actions and such causes of action are not a part of this proposed sale. The Proposed Offer does not include the alleged malpractice action listed on the Amended Schedules at Dkt. No. 30, Question No. 34. The Motion stated that $0 in exemptions had been claimed in the lawsuit and that no exemption would be paid.

A Response to Motion for Approval of Sale Pursuant to 11 U.S.C. § 363 and Notice of Opportunity to Object and Overbid was filed by the Debtor on January 25, 2019 ("Response") and a hearing was held on February 12, 2020.

At the hearing, Stanley V. Bond, Bond Law Office, appeared for the Debtor; Bianca Rucker, Rucker Law PLLC, appeared for the Trustee; and Glenn Ritter, Wright, Lindsey & Jennings, LLP appeared for the proposed buyer, Absolute. The Court received testimony and other evidence into the record. For the reasons stated at the conclusion of the February 12 hearing, which findings of facts and conclusions of law are incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 7052, the Court granted the Motion.

Based on a review of the Motion and Notice, the Response and Notice, the hearing, and the Court's docket, the Motion is **GRANTED** in full, the Proposed Sale to Absolute Pediatric Services for $12,500.00 is **APPROVED** and payment shall be made

1

with fourteen (14) days of the entry of this Order to the Trustee for the benefit of the bankruptcy estate and from which no exemptions shall be paid.

**IT IS SO ORDERED.**

_____
Ben Barry
United States Bankruptcy Judge
Dated: 02/14/2020

PROPOSED ORDER PREPARED BY:

/s/ Bianca Rucker_____
Bianca Rucker
Rucker Law PLLC
*Counsel for Bianca Rucker, Trustee*

2